IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TAC Holdings LLC, | No. CV-22-02150-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Atlatl Group LLC, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 179) is **granted**;

2. That this action is **dismissed without prejudice** as to Defendant Sheldon Graber;

3. That this action is **dismissed with prejudice** as to the remaining parties;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall terminate this action.

Dated this 17th day of September, 2024.

Honorable Steven P. Logan
United States District Judge